UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CASE NAME: NATIONSTAR MORTGAGE LLC v. SAUNDERS et al

DOCKET NO: 2:16-cv-00426-JAW

PROCEEDING TYPE: Damages Hearing

## Exhibit List

| Pla Exh No. | Dft Exh No. | Court Exh No. | Description | Date Mentioned | Date Offered | Obj | Date Admitted |
|---|---|---|---|---|---|---|---|
| 1 | | | Note | 5/1/17 | | | |
| 2 | | | Mortgage to Mortgage Electronic Registration Systems | 5/1/17 | | | |
| 3 | | | Assignment to BAC Home Loans Servicing | 5/1/17 | | | |
| 4 | | | Assignment to Nationstar Mortgage | 5/1/17 | | | |
| 5 | | | Quitclaim assignment | 5/1/17 | | | |
| 6 | | | Notice | 5/1/17 | | | |
| 7 | | | Military Status Report | 5/1/17 | | | |
| 9 | | | Certified Copy of State Court Writ | 5/1/17 | 5/1/17 | | 5/1/17 |
| 10 | | | Certified Notice of Foreclosure | 5/1/17 | 5/1/17 | | 5/1/17 |