**UNITED STATES DISTRICT COURT**

**DISTRICT OF MAINE**

**JULY 2017 CIVIL TRIAL LIST**

This list contains both Bangor and Portland civil cases that will be scheduled for trial during the month of July, 2017. Counsel are advised to review this information carefully.

**Jury Selection**

- Jury selection in Portland cases is scheduled for July 10, 2017 at 9:00 a.m.

- Jury selection in Bangor cases is scheduled for July 11, 2017 at 9:00 a.m.

**Final Pretrial Conferences**

Final pretrial conferences have been scheduled before the Magistrate Judge or District Judge designated on the trial list. Final pretrial memoranda shall be filed one week prior to the scheduled conference.

**Juror Questionnaires**

Jurors summoned for selection are required to complete a questionnaire containing questions that will not be asked during jury impanelment. These questionnaires will be available in CM/ECF seven (7) days prior to selection and counsel are to review those questionnaires prior to selection. Only those questionnaires that are not available in CM/ECF will be available for review on the day of jury selection. Counsel of record will be provided access to these documents through the date of jury selection, after which the questionnaires will not be available for review.

**Motions for Continuance**

Any motion for a continuation of trial and motions for protection from trial shall be filed by May 18, 2017. Motions filed thereafter will be considered by the Court only on a basis of cause for continuation.

**Discovery Deadlines**

Absent some excusable circumstance, discovery initiatives must be initiated sufficiently in advance of the discovery deadline to permit the opposing party to file, in advance of the discovery deadline, its appropriate response within the period allowed by the civil rules for such purpose.

A Summary of First Circuit Authority Concerning Opening Statements and Closing Arguments and the most recent Maine Local Rules can be found on the District Court's Internet Home Page at www.med.uscourts.gov.

**PORTLAND**

| | | | |
|---|---|---|---|
| 1) | UNITED STATES OF AMERICA<br>Civil No. 2:14-cv-00521-DBH<br>(Bench)<br><br>W. Damon Dennis, Esq.<br>Lauren E. Hume, Esq. | v. | JOHN H. KIMBALL, JR., et al<br><br><br>John H. Kimball, Jr., Esq.<br>John H. Kimball, III, Esq.<br>Nicholas S. Strater, Esq.<br>Paul S. Bulger, Esq. |
| | Final Pretrial Conference scheduled for July 12, 2017 at 10:00 AM before Magistrate Judge John H. Rich III. | | |
| 2) | SUSAN KURYLO<br>Civil No. 2:15-cv-00015-JHR<br>(Jury)<br><br>Hunter J. Tzovarras, Esq. | v. | SULLIVAN RIZZO<br><br><br><br>John J. Walll, III, Esq. |
| | Final Pretrial Conference already held. | | |
| 3) | PATRICK S. COOMBS<br>Civil No. 2:15-cv-00117-GZS<br>(Jury)<br><br>Patrick S. Coombs, Pro Se | v. | WARDEN SCOTT LANDRY, et al.<br><br><br><br>James E. Fortin, Esq. |
| | Final Pretrial Conference to be held telephonically before Magistrate Judge John C. Nivison. Chambers will notify parties of date and time of conference. | | |
| 4) | NICHOLAS A. GLADU<br>Civil No. 2:15-cv-00274-DBH<br>(Jury)<br><br>Nicholas A. Gladu, Pro Se | v. | TROY ROSS, et al.<br><br><br><br>Martin Ridge, Esq. |
| | Final Pretrial Conference to be held telephonically before Magistrate Judge John C. Nivison. Chambers will notify parties of date and time of conference. | | |

| | | | |
|---|---|---|---|
| 5) | TARA LEE MANCHESTER, et al.<br>Civil No. 2:15-cv-00473-DBH<br>(Jury) | v. | BRIAN ACKERMAN, et al. |
| | Anthony J. Sineni, III, Esq. | | Cassandra S. Shaffer, Esq.<br>Peter T. Marchesi, Esq. |

Final Pretrial Conference scheduled for June 9, 2017 at 9:00 AM before Magistrate Judge John C. Nivison.

| | | | |
|---|---|---|---|
| 6) | ROBERT COUTURE<br>Civil No. 2:15-cv-00529-NT<br>(Jury) | v. | AMERIGAS PROPANE, INC. |
| | Danielle M. Campbell, Esq.<br>Guy D. Loranger, Esq. | | Jeff Goldman, Esq.<br>Courtney Wirth Griffin, Esq.<br>Michael L. Banks, Esq. |

Final Pretrial Conference scheduled for June 7, 2017 at 1:00 PM before Magistrate Judge John H. Rich III.

| | | | |
|---|---|---|---|
| 7) | JANIS FORAKER<br>Civil No. 2:16-cv-00396-NT<br>(Jury) | v. | CORI PETERSON |
| | Margaret E. Machaiek, Esq. | | Blair A. Jones, Esq. |

Final Pretrial Conference scheduled for June 1, 2017 at 10:00 AM before Magistrate Judge John H. Rich III.

| | | | |
|---|---|---|---|
| 8) | NATIONSTAR MORTGAGE, LLC.<br>Civil No.  2:16-cv-00426-JAW<br>(Bench) | v. | BOBBI-JO SAUNDERS, et al. |
| | John A. Doonan, Esq. | | Wayne A. Saunders, Pro Se |

Final Pretrial Conference scheduled for June 2, 2017 at 3:00 PM before Magistrate Judge John H. Rich III.

| | | | |
|---|---|---|---|
| 9) | NATIONSTAR MORTGAGE, LLC.<br>Civil No. 2:16-cv-00437-JAW<br>(Bench) | v. | PARRIS A. SHEPERD-PITTS |
| | John A. Doonan, Esq. | | Parris A. Sheperd-Pitts, Pro Se |

Final Pretrial Conference scheduled for June 2, 2017 at 2:00 PM before Magistrate Judge John H. Rich III.

| | | | |
|---|---|---|---|
| 10) | MEDICAL MUTUAL INSURANCE COMPANY OF MAINE, INC. <br> Civil No. 2:16-cv-00462-GZS <br> (Jury) <br><br> Christopher C. Taintor, Esq. | v. | DOUGLAS BURKA <br><br><br><br> Christopher C. Dinan, Esq. |
| | Final Pretrial Conference scheduled for June 1, 2017 at 11:00 AM before Magistrate Judge John H. Rich III. | | |
| 11) | POTITSA SCHOTT <br> Civil No. 2:16-cv-00515-JAW <br> (Jury) <br><br> James A. Clifford, Esq. <br> Andrew P. Cotter, Esq. | v. | KINDRED HEALTHCARE OPERATING, INC., et al. <br><br><br> Elizabeth B. Rao, Esq. <br> James R. Erwin, Esq. |
| | Final Pretrial Conference scheduled for June 2, 2017 at 11:00AM before Magistrate Judge John H. Rich III. | | |
| 12) | SHAWN LABRIE <br> Civil No. 2:16-cv-00574-JDL <br> (Jury) <br><br> Chad T. Hansen, Esq. <br> Peter L. Thompson, Esq. | v. | OAKHURST DAIRY <br><br><br><br> Danielle Y. Vanderzanden, Esq. |
| | Final Pretrial Conference scheduled for June 2, 2017 at 2:00 PM before Judge Jon D. Levy. | | |

**BANGOR**

| | |
|---|---|
| 1) FSS, INC.          v.      W-US-1, LLC, et al. <br> Civil No. 1:16-cv-00300-GZS <br> (Jury) <br><br> William H. Welte, Esq.        Peter Brent Regan, Esq. <br>                                       Leonard W. Langer, Esq. <br><br> Final Pretrial Conference scheduled for June 5, 2017 at 10:00 AM before Magistrate Judge John C. Nivison. |
| 2) CHERYL A. HALLYBURTON    v.    CARY MEDICAL CENTER <br> Civil No. 1:16-cv-00312-NT <br> (Jury) <br><br> John P. Gause, Esq.             Taylor D. Fawns, Esq. <br><br> Final Pretrial Conference scheduled for June 5, 2017 at 2:00 PM before Magistrate Judge John C. Nivison. |
| 3) TRACEY PERKINS        v.    MAINE DRILLING & BLASTING, INC. <br> Civil No. 1:16-cv-00385-GZS <br> (Jury) <br><br> Samuel S. Riotte, Esq.         Richard G. Moon, Esq. <br>                                       Tawny L. Alvarez, Esq. <br><br> Final Pretrial Conference scheduled for June 5, 2017 at 11:00 AM before Magistrate Judge John C. Nivison. |
| 4) BROOKLIN BOAT YARD, INC.   v.   STARKWEATHER & SHEPLEY <br> Civil No. 1:16-cv-00588-NT          INSURANCE BROKERAGE <br> (Bench)                                     INCORPORATED <br><br> Barry K. Mills, Esq.            Michael J. Daly, Esq. <br>                                       Louise K. Thomas, Esq. <br><br> Final Pretrial Conference scheduled for June 2, 2017 at 10:00 AM before Magistrate Judge John H Rich III. |

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

**ELECTRONIC EVIDENCE PRESENTATION**

The U.S. District Court for the District of Maine offers audio/visual equipment for use during hearings and trials.  While each courtroom accommodates a different configuration of audio/visual equipment, they each accommodate the use of the Electronic Evidence Presenter (EEP).  **Counsel must reserve the equipment well in advance of trial**.

The EEP consists of a digital document camera, a video cassette or digital video disk (DVD) player, and a projector.  Images of exhibits are displayed using the digital document camera, which permits the judge, attorneys, witnesses and jury to view the images simultaneously.  Using this equipment, the operator can zoom in on the most critical area of the exhibit in detail.

The EEP also allows attorneys to connect a laptop for presentation of evidence using PowerPoint or other presentation software.  Attorneys MUST provide their own technical assistance in preparing the laptop evidence presentation.  The Court will not troubleshoot compatibility problems for attorneys using the EEP.

**Attorneys who wish to use courtroom audio or visual equipment at a trial or hearing are required to understand and be prepared to operate the equipment.**

**Attorneys who plan to use their own electronic equipment (such as laptops) at a hearing or trial must schedule time well in advance to practice and to test their equipment's compatibility with a courtroom's system.**

Practice time should be scheduled with the Information Technology (IT) staff listed below for a date not less than two weeks prior to a hearing or trial.

The Court may deny the use of audio/visual equipment during a hearing or trial to attorneys who have failed to attend a practice session to confirm their equipment's compatibility with the court's system.

For Reservations Contact:

- Bangor:      Don Marshall at (207) 945-0575 ext. 6424
- Portland     Robert Guptill at (207) 780-3356 ext. 5110